1
2
3
4
5
6
7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11 CARLOS GALINDO FLORES,         No. CV 24-6923-DOC(E)

12        Petitioner,

13     v.                       ORDER ACCEPTING FINDINGS,

14 WARDEN,                  CONCLUSIONS AND RECOMMENDATIONS

15        Respondent.         OF UNITED STATES MAGISTRATE JUDGE

16

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the Amended Petition, all of the

19 records herein and the attached Report and Recommendation of United States Magistrate Judge.

20 Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and

21 Recommendation to which any objections have been made.  The Court accepts and adopts the

22 Magistrate Judge's Report and Recommendation.

23

24        IT IS ORDERED that Judgment shall be entered denying and dismissing the Petition without

25 prejudice.

26 ///

27 ///

28

       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's

Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  January 10, 2025

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE