JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GALINDO FLORES, | No. CV 24-6923-DOC(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| WARDEN, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  January 10, 2025

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE